Exhibit
U.S. DIST. COURT
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN JOHNSON,

          Plaintiff,

-v-

CORRECTION OFFICER SARAN PERRY
and CORRECTION OFFICER PEDRO
RODRIGUEZ,

          Defendants.

15cv403

**VERDICT FORM**

WILLIAM H. PAULEY III, United States District Judge:

    According to the principles of law as charged by this Court and the facts as you find them, please answer the following questions:

1. Has Plaintiff proven by a preponderance of the evidence that he was subjected to excessive force on August 20, 2014, by either of the Defendants?

    (a) Saran Perry    YES _____    NO   X  

    (b) Pedro Rodriguez  YES _____    NO   X  

    If you answered "YES" to any part of Question No. 1, please proceed to Question No. 2. If you answered "NO" to all parts of Question No. 1, please stop here and have the foreperson sign and date the verdict sheet.

2. Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as a result of being subject to excessive force by either of the Defendants?

    (a) Saran Perry    YES _____    NO _____

    (b) Pedro Rodriguez  YES _____    NO _____

    If you answered "YES" to any part of Question No. 2, please proceed to Question No. 3.
    If you answered "NO" to all parts of Question No. 2, please skip to Question No. 4.

3. What amount of compensatory damages do you award Plaintiff?

    Compensatory Damages:   $ _____

4. If you found Plaintiff did prove excessive force against any of the defendants (Question No. 1), but did not award compensatory damages (Question No. 2), you must award nominal damages. What amount of nominal damages (not to exceed $1) do you award?

    Nominal Damages:   $ _____

5. Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages as a result of being subject to excessive force by either of the defendants?

    (a) Saran Perry    YES _____    NO _____

    (b) Pedro Rodriguez   YES _____    NO _____

If you answered "YES" to any part of Question No. 5, please proceed to Question No. 6. If you answered "NO" to all parts of Question No. 5, please stop here and have the foreperson sign and date the verdict sheet.

6. What amount of punitive damages do you award Plaintiff?

    Punitive Damages:   $ _____

*Please have the foreperson sign and date the verdict sheet, and advise the Court by note that you have reached a verdict.*

Dated: October 17, 2017

                                 Signed:

                                 _____
                                       FOREPERSON